**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENRICK ALTIDOR,

                Plaintiff,

-against-                          22 CIVIL 7083 (MKV)

**JUDGMENT**

MEDICAL KNOWLEDGE GROUP LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 18, 2023

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**

                    **BY:**

                                              **Deputy Clerk**